DELTA COUNTY v. CITY OF ESCANABA.

This case is controlled by *Delta County* v. *City of Gladstone, te,* 50.

Appeal from Delta; Bell (Frank A.), J. Submitted January 13, 1943. (Docket No. 49, Calendar No. 42,228.) Decided April 6, 1943.

Assumpsit by the County of Delta and Ralph H. Olsen, Treasurer of Delta County, against the City

of Escanaba for fines collected by defendant for violations of city ordinances. Judgment for plaintiffs. Defendant appeals. Reversed and remanded.

*J. Clyde McGonagle (William J. Miller,* of counsel), for plaintiffs.

*Denis McGinn (Lawrence Hartwig,* of counsel), for defendant.

*Laurence W. Smith,* for Board of Library Commissioners of the City of Grand Rapids, *amicus curiae.*

*Burritt Hamilton, amicus curiae.*

NORTH, J.    The factual background in this appeal is of the same purport and the question of law presented is the same as in *County of Delta* v. *City of Gladstone, ante,* 50, decided herewith. Decision in the instant case is controlled by the cited case. Judgment entered in the circuit court is reversed. No costs, a public question being involved.

BOYLES, C. J., and CHANDLER, STARR, WIEST, BUTZEL, BUSHNELL, and SHARPE, JJ., concurred.